**Order entered March 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01148-CV

**AMVETS POST 22, Appellant**

**V.**

**AMVETS DEPT OF TEXAS FOUNDATION, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-04759-E**

## ORDER

The clerk's record in this case is overdue. By order dated March 5, 2019, we ordered the Dallas County Clerk to file either the clerk's record or written verification that appellant had not paid for or made arrangements to pay for the record within ten days. To date, the clerk's record has not been filed and the Dallas County Clerk's office has not communicated with the Court regarding the clerk's record in this appeal.

So that this appeal can proceed, we **ORDER** the Dallas County Clerk to file the clerk's record within **TEN DAYS** of the date of this order. *We notify appellant that if we receive verification they have not paid for or made arrangements to pay for the clerk's record we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

All parties

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE